UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RENARDO FRED LANE,

   Plaintiff,        Case No.  1:02cv509

v.             Hon. Gordon J. Quist

KENNETH T. MCKEE,

   Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on May 10, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 10, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

  **IT IS FURTHER ORDERED** that Petitioner's habeas petition is **DISMISSED**.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.


               /s/Gordon J. Quist
              Hon. Gordon J. Quist
              U.S. District Judge

Dated:  June 6, 2005